UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER COMYNS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FCA US LLC.<br><br>　　　　Defendant. | Case No.: 4:18-cv-01644-YGR<br><br>*District Judge: Yvonne Gonzalez Rogers*<br><br>**[PROPOSED] ORDER STRIKING ALLEGATIONS SETTING FORTH ANY CLAIMS FOR NEGLIGENCE AGAINST FCA US LLC, WITH PREJUDICE** AND REMANDING CASE<br><br><br>Removal Filed:　　March 15, 2018 |

Based on the stipulation of counsel and good cause appearing therefore:

IT IS HEREBY ORDERED that pursuant to the stipulation between the parties that Plaintiff's damages excluding attorney's fees and costs do not exceed $75,000, the matter is hereby remanded to state court.

IT IS SO ORDERED.

DATED: May 1, 2018

_____
U.S. DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

The undersigned counsel for defendant FCA US LLC hereby certifies that a true and correct copy of the forgoing document was filed with the Court and served electronically through CM-ECF (Electronic Case Filing) system to all counsel of record to those registered to receive a Notice of Electronic Filing for this case on April 27, 2018.

/s/ Barry R. Schirm
Barry R. Schirm

3
ORDER STRIKING ALLEGATIONS SETTING FORTH ANY CLAIMS FOR NEGLIGENCE AGAINST FCA US LLC, WITH PREJUDICE
10710744v.1